UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS TURNER,

    Plaintiff,

v.

CONTRA COSTA COUNTY SUPREME COURT, et al.,

    Defendants.

Case No. 22-cv-03397 BLF (PR)

**JUDGMENT**

The Court has dismissed this action without prejudice because Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477, 486-487 (1994). Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: __November 8, 2022____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\03397Turner_judgment